UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DANA TRUXILLO, LUCILLE TUESNO,              :
NORRA LOUISE TULLY, VIRGINIA TURNER,        :
JOSIEPHINE TUTTON, JONI TYLER,              :
GLENDA TYLER, MARIE TYSON-BULLOCK,          :
PATRICIA VALEGA, CAMELA VAUGHAN,            :
HATTIE VENABLE, GLORIA VENABLE,             :
CHERYL VIDRINE, JULIE VINING, RUTH          :
WAGUESPACK, ANNIE WALKER, KELLY             :
WALTON-GREEN, MARILYN WARR,                 :
CONNIE WATKINS, SUSAN WATKINSON,            :
                                            :
          Plaintiffs.                       :   Civil Action
v.                                          :   No. 04-11225-GAO
                                            :
INDEVUS PHARMACEUTICALS, INC., F/K/A        :
INTERNEURON PHARMACEUTICALS, INC.;          :
WYETH, INC., F/K/A AMERICAN HOME            :
PRODUCTS CORPORATION; WYETH                 :
PHARMACEUTICALS, INC F/K/A WYETH-           :
AYERST PHARMACEUTICALS, INC., A             :
DIVISION OF AMERICAN HOME PRODUCTS          :
CORPORATION; AND BOEHRINGER                 :
INGELHEIM PHARMACEUTICALS, INC.,            :
                                            :
          Defendants.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 28, 2004                          Respectfully submitted,
    Boston, Massachusetts

                                                    /s/Matthew J. Matule
                                                    Matthew J. Matule (BBO #632075)
                                                    SKADDEN, ARPS, SLATE,
Of Counsel:                                       MEAGHER & FLOM LLP
Barbara Wrubel                                One Beacon Street
Katherine Armstrong                           Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                         (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                Counsel for Defendant
                                                    Boehringer Ingelheim Pharmaceuticals, Inc.