UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **Dana Truxillo; Lucille Tuesno; Norra Louise Tully; Virginia Turner; Josiephine Tutton; Joni Tyler; Glenda Tyler; Marie Tyson-Bullock; Patricia Valega; Camela Vaughan; Hattie Venable; Gloria Venable; Cheryl Vidrine; Julie Vining; Ruth Waguespack; Annie Walker; Kelly Walton-Green; Marilyn Warr; Connie Watkins; Susan Watkinson,**<br><br>    **Plaintiffs**<br>**v.**<br><br>**Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals, Inc.; Wyeth, Inc., F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division Of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.,**<br><br>    **Defendants** | **C.A. No. 04cv11225-GAO** |

**PLAINTIFFS' MOTION TO REMAND**

Pursuant to 28 U.S.C. § 1447(c), plaintiffs hereby seek to remand this action to the Superior Court of the Commonwealth of Massachusetts, Middlesex County, where this action was originally filed. In support of this motion, plaintiffs state that the ground asserted for removal by defendants Wyeth, Inc. f/k/a American Home Products Corporation; and Wyeth Pharmaceuticals, Inc. f/k/a Wyeth-Ayerst Phamaceuticals, Inc., a Division of American Home Products Corporation (collectively referred to as "Wyeth"), is improper.

More specifically, defendant, Indevus Pharmaceuticals, Inc., f/k/a Interneuron Pharmaceuticals, Inc.("Indevus"), is a resident of Massachusetts and has not been

fraudulently joined.  Wyeth cannot meet the high burden for fraudulent joinder as the

allegations in the complaint and supporting affidavits show that plaintiffs have far more

than a colorable claims against Indevus.

In support of this motion, plaintiffs rely upon their consolidated memorandum

filed in *Amadeo, et al v. Indevus, et al,* No. 04cv11039, and supporting documents.

Individual affidavits will be supplied if deemed necessary.

In the event that this motion is granted, plaintiffs request that this Court issue an

order requiring that the removing defendants pay plaintiffs' just costs and any actual

expenses, including attorneys fees, incurred as a result of the removal.

<div style="margin-left: 40%;">

The Plaintiffs
By their attorneys,

/s/ Michael S. Appel
Edward J. Barshak (BBO # 032040)
Michael S. Appel (BBO # 543898)
Samuel M. Furgang (BBO # 559062)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

Samuel W. Lanham, Jr. *(Motion to admit Pro Hac Vice filed)*
Cuddy & Lanham, P.A.
470 Evergreen Woods
Bangor, ME 04401
(207) 942-2898

 Neil D. Overholtz *(Motion to admit Pro Hac Vice filed)*
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
P.O. Box 1147
Gulf Breeze, FL 32562-1147
(850) 916-7450

</div>

Dated: July 7, 2004